UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/16/26__

EPHRAIM-NATION,

                    Plaintiff,

        -v-

STATE-OF-FLORIDA, JIMMY PETRONIS,
CORD BYRD, STATE-BOARD-OF-
ADMINISTRATION-OF-FLORIDA,
FAIRWINDS CREDIT UNION,
LARALYNNE M NABOZNY, COUNTY OF
VOLUSIA, MICHAEL J CHITWOOD, ROY
GALARZA, MICHELLE L LEE, and USA
REVOCABLE TRUST,

                    Defendants.

No. 24-cv-8386 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, District Judge:

In an Order dated June 13, 2025, the Court dismissed the complaint in this case without prejudice and with leave to file an amended complaint by July 15, 2025 [ECF No. 31 ("Order")]. To date, however, Plaintiff has not filed an amended complaint or taken any other action to prosecute this case. Accordingly, IT IS HEREBY ORDERED that this case is dismissed.

The Clerk of Court respectfully is requested to close this case.

**SO ORDERED.**

**Date:  June 16, 2026
New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1